**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

KAREN A CASTRO MEJIA,

Plaintiff,

v.

TODD BLANCHE, *et al.*,

Defendants.

Hon. Christine P. O'Hearn, U.S.D.J.

Civil Action No. 26-06285 (CPO)

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be and hereby is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs, attorneys' fees, expenses, or disbursements to any party.

KAREN A CASTRO MEJIA

By: Pablo Jimenez
Pablo I. Jiménez, Esq.
CARECEN
*Attorneys for Plaintiff*

Dated: September 25, 2026

ROBERT FRAZER
United States Attorney

By: *s/ Carlos F. Ugalde Alvarez*
Carlos F. Ugalde Alvarez, Esq.
Assistant United States Attorney
*Attorneys for Federal Defendants*

Dated: September 25, 2026

SO ORDERED:

Christine P. O'Hearn
HON. CHRISTINE P. O'HEARN
United States District Judge

Dated: September 28, 2026